1  JEFFERY M. HUBINS (Cal. State Bar No. 220657)
   WILLIAM F. SCHAUMAN (Cal. State Bar No. 210661)
2  SCHAUMAN & HUBINS
   A Professional Law Corporation
3  2890 North Main Street, Suite 307
   Walnut Creek, California  94597
4  Tel: (925) 448-2122
   Fax: (925) 448-2132
5  jhubins@schauman-hubins.com
   wschauman@schauman-hubins.com
6
   Attorneys for Plaintiffs
7  and the putative class

8  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   CAITLIN M. WANG (Cal. State Bar No. 311901)
9  PAUL HASTINGS LLP
   101 California Street, 48th Floor
10 San Francisco, California  94111
   Telephone:  (415) 856-7000
11 Facsimile:  (415) 856-7100
   jeffwohl@paulhastings.com
12 caitlinmarianwang@paulhastings.com

13 Attorneys for Defendant
   The Permanente Medical Group, Inc.
14

**GRANTED**
*[signature]*
Judge Yvonne Gonzalez Rogers
5/18/18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANNA ROTOLO and GARFIELD SAMUELS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., a California corporation,<br><br>Defendant. | No. 4:18-CV-01994 -YGR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THE PERMANENTE MEDICAL GROUP, INC.'S RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Judge:        Hon. Yvonne Gonzalez Rogers<br><br>Complaint filed:   April 2, 2018<br>Trial date:        None set |

Pursuant to this Court's Local Rule 6-1(a), plaintiffs Tatianna Rotolo and Garfield Samuels and defendant The Permanente Medical Group, Inc. ("TPMG"), hereby stipulate that the time for TPMG to object, answer or otherwise respond to plaintiffs' Collective and Class Action Complaint is extended to June 5, 2018. Nothing in this stipulation is intended to waive or will be deemed a waiver of any objection or defense TPMG could assert to the complaint.

Dated: May 15, 2018.

JEFFERY M. HUBINS
WILLIAM F. SCHAUMAN
SCHAUMAN & HUBINS

By: /s/ *Jeffery M. Hubins*
Jeffery M. Hubins
Attorneys for Attorneys for Plaintiffs and the putative class

Dated: May 15, 2018.

JEFFREY D. WOHL
CAITLIN M. WANG
PAUL HASTINGS LLP

By: /s/ *Jeffrey D. Wohl*
Jeffrey D. Wohl
Attorneys for Defendant
The Permanente Medical Group, Inc.