1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5

6 **TATIANNA ROTOLO, ET AL.,**                                    CASE NO. 18-cv-01994-YGR

7              Plaintiffs**,**

8        vs.                                                               **ORDER SETTING COMPLIANCE HEARING**

9 **KAISER FOUNDATION HOSPITALS,**

10              Defendant**.**

11

12        The Court has received plaintiff Garfield Samuels' notice of dismissal.  (*See* Dkt. No. 25.)

13 However, it is unclear from the filing whether plaintiff Tatianna Rotolo's claims remain.  (*Id.*)

14 The court hereby **SETS** a compliance hearing on the Court's **9:01 a.m.** calendar on **Friday,**

15 **August 31, 2018**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in

16 Oakland, California.

17        Five (5) business days prior to the date of the compliance hearing, the parties shall file

18 either (a) a **JOINT STATEMENT** regarding the status of plaintiff Tatianna Rotolo's claims; or (b) a

19 one-page joint statement setting forth an explanation regarding the failure to comply.  If

20 compliance is complete, the parties need not appear and the compliance hearing will be taken off

21 calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement

in a timely fashion.

22        **IT IS SO ORDERED.**

23

24 Dated: August 17, 2018                           _____

25                                                                      **YVONNE GONZALEZ ROGERS**
                                                                      **UNITED STATES DISTRICT COURT JUDGE**
26

27

28