JEFFERY M. HUBINS (SBN 220657)
jhubins@schauman-hubins.com
WILLIAM F. SCHAUMAN (SBN 210661)
wschauman@schauman-hubins.com
SCHAUMAN & HUBINS
A Professional Law Corporation
2890 North Main Street, Suite 307
Walnut Creek, CA 94597
Tel: (925) 448-2122
Fax: (925) 448-2132

Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
8/22/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARFIELD SAMUELS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation,<br><br>Defendant. | Case No. 18-CV-01994-YGR<br><br>**NOTICE OF DISMISSAL**<br>**(Fed. R. Civ. Pro. 41(a)(1)(A)(i))**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Rule 41(a)(1)(A)(i)), Federal Rules of Civil Procedure, plaintiff Garfield Samuels hereby dismisses all claims and causes of action against defendant Kaiser Foundation Hospitals, without prejudice, each side to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: August 15, 2018. | SCHAUMAN & HUBINS<br>A Professional Corporation |
| | By: /s/ *Jeffery Hubins* <br>Jeffery Hubins<br>Attorneys for Plaintiff Garfield Samuels<br>and the Putative Class |